**DLA PIPER LLP (US)**
Shannon E. Dudic (State Bar No. 261135)
shannon.dudic@us.dlapiper.com
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067
Telephone: (310) 595-3000
Facsimile: (310) 595-3300

Trevor A. Moore (State Bar No. 333639)
trevor.moore@us.dlapiper.com
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1470
Facsimile: (858) 638-5070

*Attorneys for Defendant J. Crew Group, LLC*

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SANCHEZ-GOMEZ and ALYSSA WELLING, on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>J. CREW GROUP, LLC,<br><br>      Defendant. | Case No.:  3:26-cv-02577-CRB<br><br>**MOTION TO SUBSTITUTE LAW FIRM; ~~PROPOSED~~ ORDER**<br><br>Hon. Charles R. Breyer |

**MOTION TO SUBSTITUTE LAW FIRM**

On behalf of Defendant J. Crew Group, LLC, the following attorneys:

(1) move to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Names of new counsel seeking to appear and firm name: Shannon E. Dudic and Trevor A. Moore of DLA Piper LLP.

Names of counsel withdrawing from representation and firm name: Meegan Brooks and Jason C. Hamilton of Ballard Spahr LLP.

Dated: May 20, 2026                      Respectfully submitted,

                                         **DLA PIPER LLP (US)**

                                         _/s/ Shannon E. Dudic_
                                         Shannon E. Dudic (State Bar No. 261135)
                                         Trevor A. Moore (State Bar No. 333639)

                                         *Attorneys for Defendant J. Crew Group, LLC*


**ORDER**

The substitution of attorneys and firm is hereby approved and so ORDERED.


Date:   May 21, 2026

                                         Hon. Charles R. Breyer
                                         United States District Judge