Sophia G. Gold (SBN 307971)
*sgold@kalielgold.com*
Amanda J. Rosenberg (SBN 278507)
*arosenberg@kalielgold.com*
**KALIELGOLD PLLC**
490 43rd Street, No. 122
Oakland, California 94609
Telephone: (202) 350-4783

Jeffrey D. Kaliel (SBN 238293)
*jkaliel@kalielpllc.com*
**KALIEL GOLD PLLC**
1100 15th Street NW, 4th Floor
Washington, DC 20005
Telephone: (202) 350-4783

*Attorneys for Plaintiff and the Class*

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SANCHEZ-GOMEZ and ALYSSA WELLING, on behalf of themselves and all others similarly situated,<br><br>                 Plaintiff,<br><br>   vs.<br><br>J. CREW GROUP, LLC,<br><br>                 Defendants. | Case No. 3:26-cv-02577-CRB<br>Hon. Charles R. Breyer<br><br>**JOINT STIPULATION EXTENDING DEADLINES RE DEFENDANT'S MOTION TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE;** ~~PROPOSED~~ **ORDER** MODIFIED<br><br>Current Response Date: June 12, 2026<br>New Response Date: July 6, 2026<br>Trial Date: None Set |

JOINT STIPULATION EXTENDING DEADLINES RE DEFENDANT'S MOTION TO DISMISS AND INITIAL
CASE MANAGEMENT CONFERENCE

Plaintiffs Maria Sanchez-Gomez and Alyssa Welling, on behalf of themselves and all others similarly situated ("Plaintiffs"), and Defendant J. Crew Group, LLC ("Defendant") (collectively, the "Parties") hereby stipulate and agree, consistent with Civil Local Rules 6-1(b) and 6-2, as follows:

WHEREAS, on April 2, 2026, Plaintiffs served Defendant with the Complaint in this action (ECF No. 7).

WHEREAS, on May 29, 2026, Defendant filed and served its Motion to Dismiss (the "Motion") (ECF No. 21).

WHEREAS, the current deadline for Plaintiffs to respond to the Motion is June 12, 2026.

WHEREAS, the current deadline for Defendant to file its reply in support of the Motion is June 22, 2026.

WHEREAS, the hearing on Defendant's Motion is scheduled for July 10, 2026.

WHEREAS, the Parties' Joint Case Management Statement is due by July 10, 2026, and the Initial Case Management Conference is scheduled for July 17, 2026 (ECF No. 15).

WHEREAS, the Parties have met and conferred in good faith and have agreed to stipulate to an extension of three (3) weeks for Plaintiffs to file their response to Defendant's Motion, three (3) weeks for Defendant to file its reply in support of its Motion, and to continue the hearing on Defendant's Motion to August 14, 2026, as well as a continuance of the Initial Case Management Conference and related deadlines.

WHEREAS, Local Rule 7-7(a)(1) permits the Parties to stipulate in writing, without a Court order, to continue the hearing before an opposition is filed. Rule I(B)(7) of this Court's General Standing Order for Civil and Criminal Cases Before Judge Charles R. Breyer further provides that "No changes in the Court's schedule shall be made except by signed order of the Court and upon a showing of good cause. Parties seeking to continue hearings, request special status conferences, modify briefing schedules, or make other procedural changes shall submit a signed stipulation and proposed order, or, if stipulation is not possible, an *ex parte* application in writing."

WHEREAS, good cause exists for this extension because the Parties are engaging in efforts to resolve the alleged issues raised in the Complaint and Defendant's Motion and would like to

JOINT STIPULATION EXTENDING DEADLINES RE DEFENDANT'S MOTION TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE

continue these efforts while potentially avoiding further motion practice.  In addition, counsel for J. Crew has a surgery presently scheduled for June 30 and thus requires an extension of the CMC-related deadlines, as well as additional time for the reply in support of the Motion to Dismiss.

THEREFORE, IT IS STIPULATED AND AGREED THAT:

The deadline for Plaintiffs to respond to the Motion shall be extended to July 6, 2026.

The deadline for Defendant to file its reply in support of the Motion shall be extended to July 27, 2026.

~~The deadline for the Parties to file their Joint Case Management Statement shall be extended to July 31, 2026.~~

~~The Initial Case Management and hearing on~~ Defendant's Motion shall be extended to August 14, 2026, at ~~8:30 a.m. and~~ 10:00 a.m., respectively.

 A Joint Case Management Statement due by October 2, 2026. Case Management Conference set for October 9, 2026 at 8:30 a.m. by video conference.

Dated: June 10, 2026                    **KALIELGOLD PLLC**

By: */s/ Amanda J. Rosenberg*
Jeffrey D. Kaliel
Sophia G. Gold
Amanda J. Rosenberg

*Attorneys for Plaintiff and the Putative Class*


Dated: June 10, 2026                    **DLA PIPER LLP**


By: */s/ Shannon Dudic*
Shannon Dudic

*Attorneys for Defendant J. Crew Group, LLC*

JOINT STIPULATION EXTENDING DEADLINES RE DEFENDANT'S MOTION TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated:   June 11, 2026              _____

                                   Hon. Charles R. Breyer
                                   United States District Judge

4

JOINT STIPULATION EXTENDING DEADLINES RE DEFENDANT'S MOTION TO DISMISS AND INITIAL
CASE MANAGEMENT CONFERENCE

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), the undersigned attests that each of the signatories have concurred in the filing of the document.

/s/ *Amanda J. Rosenberg*

Amanda J. Rosenberg

JOINT STIPULATION EXTENDING DEADLINES RE DEFENDANT'S MOTION TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE