Sophia G. Gold (SBN 307971)
*sgold@kalielgold.com*
Amanda J. Rosenberg (SBN 278507)
*arosenberg@kalielgold.com*
**KALIELGOLD PLLC**
490 43rd Street, No. 122
Oakland, California 94609
Telephone: (202) 350-4783

Jeffrey D. Kaliel (SBN 238293)
*jkaliel@kalielpllc.com*
**KALIEL GOLD PLLC**
1100 15th Street NW, 4th Floor
Washington, DC 20005
Telephone: (202) 350-4783

*Attorneys for Plaintiff and the Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SANCHEZ-GOMEZ and ALYSSA WELLING, on behalf of themselves and all others similarly situated, | Case No. 3:26-cv-02577-CRB |
| Plaintiff, | Hon. Charles R. Breyer |
| vs. | **JOINT STIPULATION TO STAY ACTION; [PROPOSED] ORDER** |
| J. CREW GROUP, LLC, | Trial Date: None Set |
| Defendants. | |

Plaintiffs Maria Sanchez-Gomez and Alyssa Welling, on behalf of themselves and all others similarly situated ("Plaintiffs"), and Defendant J. Crew Group, LLC ("Defendant") (collectively, the "Parties") hereby stipulate and agree, consistent with Civil Local Rules 6-1(b) and 6-2, as follows:

WHEREAS, on April 2, 2026, Plaintiffs served Defendant with the Complaint in this action (ECF No. 7).

WHEREAS, on May 29, 2026, Defendant filed and served its Motion to Dismiss (the "Motion") (ECF No. 21).

WHEREAS, on June 10, 2026, the Court granted the Parties' Joint Stipulation Extending Deadlines re Defendant's Motion to Dismiss and Initial Case Management Conference (ECF No. 27).

WHEREAS, the Plaintiffs' current deadline to respond to the Motion is July 6, 2026 (ECF No. 27).

WHEREAS, Defendant's current deadline to file its reply in support of the Motion is July 27, 2026 (ECF No. 27).

WHEREAS, the hearing on Defendant's Motion is scheduled for August 14, 2026 (ECF Nos. 27 and 29).

WHEREAS, the Parties' Joint Case Management Statement is due by October 2, 2026, and the Initial Case Management Conference is scheduled for October 9, 2026 (ECF No. 27).

WHEREAS, the Parties have reached an informal resolution of this action and anticipate Plaintiffs will voluntarily dismiss this action within the next 45 days;

WHEREAS, the Parties have met and conferred in good faith and have agreed to stay this action in its entirety for 45 days to facilitate resolution;

WHEREAS, Rule I(B)(7) of this Court's General Standing Order for Civil and Criminal Cases Before Judge Charles R. Breyer further provides that "No changes in the Court's schedule shall be made except by signed order of the Court and upon a showing of good cause. Parties seeking to continue hearings, request special status conferences, modify briefing schedules, or make other procedural changes shall submit a signed stipulation and proposed order, or, if stipulation is not possible, an ex parte application in writing."

JOINT STIPULATION TO STAY ACTION; [~~PROPOSED~~] ORDER

WHEREAS, good cause exists for this stay because the Parties are engaged in efforts to resolve the action and wish to continue those efforts while avoiding further motion practice.

THEREFORE, IT IS STIPULATED AND AGREED THAT:

All pending deadlines and hearings in this action are stayed until August 20, 2026 (45 days). The Parties will file either a notice of dismissal or a status report with the Court by August 20, 2026. The status report will inform the Court of the status of the informal resolution and, if appropriate, will propose new deadlines relating to Defendant's Motion and the Case Management Conference.

Dated: July 7, 2026                           **KALIELGOLD PLLC**

                                              By: */s/ Amanda J. Rosenberg*
                                              Jeffrey D. Kaliel
                                              Sophia G. Gold
                                              Amanda J. Rosenberg

                                              *Attorneys for Plaintiff and the Putative Class*

Dated: July 7, 2026                           **DLA PIPER LLP**

                                              By: */s/ Shannon Dudic*
                                              Shannon Dudic

                                              *Attorneys for Defendant J. Crew Group, LLC*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE:    July 8, 2026

_____
Hon. Charles R. Breyer
United States District Judge

3

JOINT STIPULATION TO STAY ACTION; [~~PROPOSED~~] ORDER