**DLA PIPER LLP (US)**
Shannon E. Dudic (State Bar No. 261135)
shannon.dudic@us.dlapiper.com
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067
Telephone: (310) 595-3000
Facsimile: (310) 595-3300

Trevor A. Moore (State Bar No. 333639)
trevor.moore@us.dlapiper.com
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1470
Facsimile: (858) 638-5070

*Attorneys for Defendant J. Crew Group, LLC*

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

MARIA SANCHEZ-GOMEZ and ALYSSA WELLING, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

J. CREW GROUP, LLC,

Defendant.

Case No.: 3:26-cv-02577-CRB

**JOINT STIPULATION EXTENDING STAY; ~~[PROPOSED]~~ ORDER**

Hon. Charles R. Breyer

Current Stay Deadline: August 20, 2026
New Stay Deadline: September 28, 2026
Trial Date: None Set

Plaintiffs Maria Sanchez-Gomez and Alyssa Welling ("Plaintiffs") and Defendant J. Crew Group, LLC ("Defendant") (collectively, the "Parties") hereby stipulate and agree, consistent with Civil Local Rules 6-1(a) and 6-2, as follows:

WHEREAS, on July 8, 2026, the Court stayed all pending deadlines and hearings in this action until August 20, 2026, to allow the Parties to engage in efforts to resolve the action (ECF No. 31);

WHEREAS, the Parties have reached an informal resolution of this action and anticipate that Plaintiffs will voluntarily dismiss the action by September 28, 2026;

WHEREAS, the Parties have met and conferred in good faith and have agreed to extend the stay of this action until September 28, 2026;

WHEREAS, Rule I(B)(7) of this Court's General Standing Order for Civil and Criminal Cases Before Judge Charles R. Breyer further provides that: "No changes in the Court's schedule shall be made except by signed order of the Court and upon a showing of good cause. Parties seeking to continue hearings, request special status conferences, modify briefing schedules, or make other procedural changes shall submit a signed stipulation and proposed order, or, if stipulation is not possible, an ex parte application in writing.";

WHEREAS, good cause exists for extending the stay because the Parties are engaged in efforts to resolve the action and wish to continue those efforts while avoiding further motion practice.

THEREFORE, IT IS STIPULATED AND AGREED THAT:

All pending deadlines and hearings in this action are stayed until September 28, 2026. The Parties will file either a notice of dismissal or a status report with the Court by September 28, 2026. The status report will inform the Court of the status of the informal resolution and, if appropriate, will propose new deadlines relating to Defendant's Motion to Dismiss and the Case Management Conference.

Dated: August 20, 2026

Respectfully submitted,

**DLA PIPER LLP (US)**

/s/ Trevor A. Moore
Shannon E. Dudic (State Bar No. 261135)
Trevor A. Moore (State Bar No. 333639)

*Attorneys for Defendant J. Crew Group, LLC*

Dated: August 20, 2026

Respectfully submitted,

**KALIELGOLD PLLC**

/s/ Jeffrey D. Kaliel
Amanda J. Rosenberg (State Bar No. 278507)
Sophia G. Gold (State Bar No. 307971)
Jeffrey D. Kaliel (State Bar No. 238293)

*Attorneys for Plaintiffs*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 25, 2026

Hon. Charles R. Breyer
United States District Judge

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), the undersigned attests that each of the signatories has concurred in the filing of this document.

*/s/ Trevor A. Moore*
Trevor A. Moore (State Bar No. 333639)